THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steven Joel Freeman, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-477
 Submitted October 1, 2009  Filed October
13, 2009    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: Steven Joel Freeman appeals his guilty pleas to murder,
 first-degree burglary, and resisting arrest.  Freeman argues the trial court
 erred by accepting his pleas because they did not comply with Boykin v.
 Alabama, 395 U.S. 238 (1969).  Freeman also filed a pro se brief.  After a thorough review of the record and both
 briefs pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
Huff, Thomas, and Pieper, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.